UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

THOMAS RIDGEWAY                                                                       PLAINTIFF

v.                                                              CIVIL ACTION NO. 5:11CV-P198-R

COMMONWEALTH OF KENTUCKY                                                      DEFENDANT

### MEMORANDUM AND ORDER

Plaintiff Thomas Ridgeway filed a motion which he captioned "Motion for Federal Appellate Review" (DN 13).  Ridgeway seeks to have his state-court conviction vacated.  He states that the "Conviction is result of unfair trail 6th Amendment."  He states that he was found mentally incompetent by the Marshall County District Court on March 17, 2011.  He states that he was found to be unable to make vital personal choices for himself due to a mental defect.  Ridgeway states that on May 17, 2011, the state proceeded to a jury trial in Marshall County Circuit Court in a criminal case against him.  He states that he represented himself in the criminal action.  He states that he was denied his right to due process, trial by jury, and right "to an adequate, prepared defense."  He states that there "should have been a psychiatric evaluation to determine if treatment was needed."

The complaint in the instant action does not reference Marshall County or the other facts alleged in the instant motion.  Upon review, the Court finds that the motion should therefore not have been docketed in the instant action.  Because it appears that Ridgeway seeks

to vacate his state-court conviction, the Court construes the motion as a petition for writ of habeas corpus under 28 U.S.C. § 2254.[1]

**IT IS ORDERED** that the **Clerk of Court SHALL OPEN a separate civil action and DOCKET, therein, the "motion for federal appellate review" (DN 13) as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254**.

The Clerk of Court is **DIRECTED** to send Ridgeway a copy of the docket sheet in the newly opened action.  **Ridgeway shall include that civil action number in the caption of any documents he wishes to file in that case.**

Date:

cc:     Thomas Ridgeway, *pro se*
4413.010

---

[1] Ridgeway previously filed a § 2254 action, *Ridgeway v. Commonwealth of Kentucky*, Civil Action No. 5:11CV-41-R, challenging his conviction in Marshall Circuit Court.  That petition was dismissed without prejudice because Ridgeway had not exhausted state-court remedies at that time.

2